IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARKEVIN LOREZN MCHENRY                                              PLAINTIFF

v.                          Civil No. 4:19-cv-4060

CAPTAIN ADAMS, et al.                                                DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed July 2, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 4). Judge Bryant recommends that the Court dismiss Plaintiff Markevin Lorezn McHenry's complaint for failure to obey a court order.

On May 31, 2019, Plaintiff filed this action pursuant to 42 U.S.C. § 1983. That same day, Judge Bryant directed Plaintiff to file an amended complaint and a completed IFP application by June 19, 2019. Judge Bryant's order warned Plaintiff that failure to comply with the Court's order could result in the dismissal of his case. Plaintiff did not file the documents as ordered and, on July 2, 2019, Judge Bryant issued the instant Report and Recommendation.

On July 5, 2019, Plaintiff filed a motion for extension of time to file an amended complaint. (ECF No. 5). On July 10, 2019, Plaintiff filed a motion for extension of time to object to Judge Bryant's Report and Recommendation. (ECF No. 6). In both motions, Plaintiff states that he was confined to solitary housing for sixty days, leaving him unable to comply with the Court's order. Plaintiff states further that he is now housed in general population and can prosecute his case. On July 26, 2019, Plaintiff filed an amended complaint and a motion to proceed IFP.

It is true that Plaintiff failed to comply with Judge Bryant's order to file an amended complaint and completed IFP application form by June 19, 2019. However, Plaintiff has since filed those documents and stated that he was confined to solitary housing and could not have complied with the Court's order during that time. In light of Plaintiff's apparent willingness to prosecute his case, the Court will accept his explanation and allow Plaintiff to proceed further with this matter.

Accordingly, the Court declines to adopt the Report and Recommendation. (ECF No. 4). Plaintiff's motions for extensions of time (ECF Nos. 5, 6) are **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 12th day of August, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge