IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARKELVIN LOREZN MCHENRY                                                           PLAINTIFF

v.                                        Civil No. 4:19-cv-4060

CAPTAIN ADAMS, *et al.*                                                           DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 4, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 14). Judge Bryant recommends that the Court dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2) because Plaintiff has failed to obey two court orders.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 14) *in toto*. Accordingly, Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED**, this 26th day of November, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge